# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
June 3, 2022

Lyle W. Cayce
Clerk

———————

No. 21-40921
Summary Calendar

———————

Undra Cornelious,

*Plaintiff—Appellant*,

*versus*

Kirt Steifer, *Warden, Michael Unit*,

*Defendant—Appellee*.

———————————————————————————

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:20-CV-621

———————————————————————————

Before Stewart, Haynes, and Ho, *Circuit Judges*.

Per Curiam:*

Undra Cornelious, Texas prisoner # 2140750, has filed a motion for leave to proceed in forma pauperis (IFP) on appeal of a case where the district court dismissed his 42 U.S.C. § 1983 complaint with prejudice for failure to state a claim. However, the appeal is both improper and untimely. First, he

———————

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 21-40921

appeals only the magistrate judge's recommendation, not the district judge's final judgment; we lack jurisdiction over that appeal. Further, his appeal is untimely, and he fails to assert any basis for extending the time for appeal. Accordingly, IFP MOTION DENIED; APPEAL DISMISSED.